IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | }<br>} |
| Plaintiff, | }<br>} |
| v. | }   No.  09-20107-02-JWL<br>} |
| EMMA JEAN HOLMES, | }<br>} |
| Defendant. | } |

**SENTENCING AGREEMENT**

The United States of America, by and through Assistant United States Attorney, D. Christopher Oakley, and Emma Jean Holmes, the defendant, personally and by and through defendant's counsel, George Wheeler, hereby enter into the following sentencing agreement in an effort to avoid a protracted and contested sentencing hearing.

    **1.**    **Defendant's Crimes of Conviction.**    The defendant was convicted at jury trial of Count 1, Conspiracy; Count 2, Wire Fraud; Count 3, Commercial Carrier Fraud; and Count 4, Money Laundering. The defendant understands that the maximum sentence which may be imposed as to Count 1 is not more than 5 years imprisonment, a $250,000 fine, 3 years of supervised release and a $100.00 special assessment. Counts 2 and 3 carry a maximum sentence of 20 years imprisonment, a $250,000 fine, 5 years of supervised release and a $100.00 special assessment. Count 4 carries a maximum sentence of not more than 20 years imprisonment, a $500,000 fine or twice the value of the property involved in the transaction, whichever is greater, 5 years of supervised release and a $100 special assessment.

2.  **Government's Agreements.**   In return for the defendant's agreement as set forth herein, the United States Attorney for the District of Kansas agrees to:

   a. Recommend a sentence of 12 months and 1 day imprisonment, followed by a term of supervised release of 2 years, and a $300 special assessment.

3.  **Defendant's Agreements.**   In return for the United States' agreement as set forth above, the defendant agrees to:

   a.  Recommend a sentence of 12 months and 1 day imprisonment, followed by a term of supervised release of 2 years, and a $300 special assessment.

   b.  **Waiver of Appeal and Collateral Attack.**   Knowingly and voluntarily waive any right to appeal or collaterally attack any matter in connection with this prosecution, conviction and sentence, except as stated below. The defendant is aware that Title 18, U.S.C. § 3742 affords a defendant the right to appeal the conviction and sentence imposed. By entering into this agreement, the defendant knowingly waives any right to appeal a sentence imposed which is within the guideline range determined appropriate by the court. The defendant also waives any right to challenge a sentence or otherwise attempt to modify or change his sentence or the manner in which it was determined in any collateral attack, including, but not limited to, a motion brought under Title 28, U.S.C. § 2255 [except as limited by *United States v. Cockerham*, 237 F.3d 1179, 1187 (10th Cir. 2001)] and a motion brought under Title 18, U.S.C. § 3582(c)(2).

   Notwithstanding the forgoing waivers, the parties understand that the defendant in no way waives any subsequent claims with regards to ineffective assistance of counsel or prosecutorial misconduct

   c.  **Waiver of FOIA Request.**   Waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case including, without limitation, any records that may be sought under the Freedom of Information Act, Title 5, U.S.C. § 552, or the Privacy Act of 1974, Title 5, U.S.C. § 552a.

   d.  **Waiver of Claim for Attorney's Fees.**   Waives all claims under the Hyde Amendment, Title 18, U.S.C. § 3006A, for attorneys fees and other litigation expenses arising out of the investigation or prosecution of this matter.

4. **Sentence to be Determined by the Court.**   The defendant understands that the sentence to be imposed will be determined solely by the United States District Judge.  The United States cannot and has not made any promise or representation as to what sentence the defendant will receive.

5. **No Other Agreements.**   The defendant has had sufficient time to discuss this case, the evidence, and this agreement with the defendant's attorney and defendant is fully satisfied with the advice and representation provided by defendant's counsel.  Further, the defendant acknowledges that she has read the agreement, understands it and agrees it is true and

accurate and not the result of any threats, duress or coercion.   The defendant acknowledges that she is entering into this agreement freely and voluntarily.

_____   Date: 7-22-10
D. CHRISTOPHER OAKLEY
Assistant U.S. Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541 (fax)
Ks.S.Ct. #19248

_____   Date: 7-22-10
SCOTT C. RASK
Criminal Chief/Supervisor

_____   Date: 07-07-10
EMMA JEAN HOLMES
Defendant

_____   Date: 07/07/10
GEORGE A. WHEELER
324 East 11th, Suite 1700
Kansas City, MO  64106